UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN SISOLAK, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-01058-GMN-BNW<br><br>ORDER |

　　　On September 13, 2022, the Court issued a screening order and granted Plaintiff until October 13, 2022, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 3 at 7-8). Plaintiff has submitted a motion for an extension of time to file his amended complaint, explaining that he did not receive the screening order until October 4, 2022, and that he may not have enough time to "research properly in order to bring a non-frivolous claim." (ECF No. 5 at 1). Plaintiff does not indicate how much additional time he needs to submit an amended complaint.

　　　The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before Monday, November 14, 2022. If Plaintiff chooses not to file an amended complaint, this action will be subject to dismissal without prejudice. (ECF No. 3 at 7-8).

　　　For the foregoing reasons, **IT IS ORDERED** that the motion for an extension of time (ECF No. 5) is GRANTED. Plaintiff will file his amended complaint on or before Monday, November 14, 2022.

　　　**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file his amended complaint, this action may be dismissed without prejudice.

DATED: October 11, 2022.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE